IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 3:04-MJ-05-10 (CWH)

FRANKLIN B. MILLER,

                    Defendant

## O R D E R

The Government's Motion for Dismissal having been carefully considered, the Court

finds that the ends of justice are served by the granting of said motion.

WHEREFORE, the Government's Motion for Dismissal of the pending Information

is GRANTED and the Information is dismissed without prejudice.

SO ORDERED AND DIRECTED,  this 9th day of MAY, 2006.


CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE